UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JERRY L. HILL, JR.,**

          **Plaintiff,**

-vs-                                          Case No.  6:06-cv-462-Orl-28JGG

**FLORIDA CERAMIC EXTERIORS, INC.,
RICHARD CASHER, KATHY CASHER,**

          **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 28) filed February 23, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 20, 2007 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion to Approve Settlement is **GRANTED** and the settlement agreement is **APPROVED**.

3. This case is dismissed with prejudice subject to the right of Plaintiff to move the Court on or before July 3, 2007, for the purpose of entering a stipulated form of final judgment.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6___ day of April, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party